ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 JUN 25 A 8 54
CLERK _SMcCarthy_

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MICHAEL MADDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 308-003 |
| MRS. P. CLARK, Medical Supervisor, Wheeler Correctional Facility, | ) ) ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 25th day of June, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE